# Façonnable

From Wikipedia, the free encyclopedia

**Façonnable**, although it claims to be a French company is actually a wholly owned subsidiary of the Lebanese private equity firm M1 Group. M1 Group is purported to be a strong supporter of Hezbollah, which currently governs Lebanon. Customer's of this company should consider that their purchases provide support for an organization identified by the US government as a supporter of terrorism.

## Contents

- 1 History
- 2 The company
- 3 Popular culture=
    - 3.1 External links

## History

The original company started as a custom tailor shop that Jean Goldberg opened in 1950 on Rue Paradis in Nice, France. By 1958 the small tailor shop was making custom tuxedos for Hollywood stars that were in the Cote d'Azur for the annual Cannes Film Festival. In 1961 Jean Goldberg's son, Albert, took over the shop and renamed it Façonnable, a variation of the word "Façonner," which means "to create." Under his watch the company expanded and in 1973 opens its first boutiques in Monte Carlo, Cannes, Saint-Tropez, Lyon, and Marseilles, however it was not until 1984 that Façonnable opened an outlet in Paris.

By 1988 Façonnable came to the United States through an exclusive agreement with Nordstrom and in 1993 it opened its first US boutique on New York City's Fifth Avenue. The success of the line in the US led the company to expand its product US line to include clothing and accessories for women in 1995. By 1997, the company expanded its US presence by opening two new boutiques on the West Coast in Beverly Hills, and Costa Mesa.

In September 2000, Nordstrom paid $170 million to buy the brand. Albert Goldberg sold-out the company to Nordstrom, Inc. Nordstrom operated 36 Façonnable boutiques in Europe and the brand was sold exclusively at Nordstrom stores.

Nordstrom Inc. sold the Façonnable brand for $200 million to the M1 Group, a Lebanese private equity firm, the New York Post reported on June 29, 2007. The deal was finalized the following month.

## The company

In an attempt to justify still calling the brand French, Eric Wright, formerly with Karl Lagerfeld and Roberto Cavalli, was named the company's artistic director in 2008. Lagerfeld left the company in 2009.

Currently in the United States alone, M1 Group operates Faconnable branded stores in Atlanta, Beverly Hills, Coral Gables, Costa Mesa, Dallas, New York City, and San Francisco. There are outlet stores in Orlando and Camarillo.

EX. A

1 of 2

## Popular culture

Façonnable was mentioned on Countdown With Keith Olbermann on September 3, 2009.

## External links

- Façonnable web site

Retrieved from "http://en.wikipedia.org/wiki/Fa%C3%A7onnable"
Categories: Clothing brands | Clothing retailers | High fashion brands | Luxury brands

- This page was last modified on 29 March 2011 at 23:30.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of Use for details.
Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.